IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY S. WISE,
REG. #03540-063                                                                                          PLAINTIFF

v.                                            2:08CV00138HLJ

HARLEY G. LAPPIN, et al.                                                                         DEFENDANTS

ORDER

By Order dated July 24, 2008 (DE #5), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #10). . Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THERERFORE, ORDERED that service is appropriate for defendants Harley G. Lappin, T.C. Outlaw, Darryl Maune, Reginald Weeks, Robbie Taylor, Gary Bowers, Amy Carlton, Mr. Matos, Angie Roach, Mrs. Shaw, Mrs. Cunningham, Mrs. Phillips, P.A. Refender, Mrs. Hamilton, Harrell Watts, G. Maldonado, Jr., and Mr. Barron.  The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is directed to serve a copy of the original and amended complaints and summons on the defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 27th day of August, 2008.

_____
United States Magistrate Judge