IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY S. WISE,
REG. #03540-063                                                                                    PLAINTIFF

v.                                          2:08CV00138JMM/HDY

HARLEY G. LAPPIN, et al.                                                                     DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE ORDERED that plaintiff's motion for temporary restraining order, which this Court construes as a motion for preliminary injunctive relief (DE #8) is DENIED.

IT IS FURTHER ORDERED that defendants' motion to dismiss (DE #45) is DENIED.

IT IS FURTHER ORDERED that sufficient evidence exists to present plaintiff's medical claim to a jury, and that this case is ready to be set for trial.

IT IS SO ORDERED this 23rd day of March, 2009.

_____
United States District Judge