IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY S. WISE, Reg. #03540-063          PLAINTIFF

Vs.          CASE NO. 2:08cv00138 JMM

HARLEY G. LAPPIN, Director, Bureau of Prisons          DEFENDANTS
T. C. OUTLAW, Warden, FCI - Forrest City
DARRYL MAUNE, Captain, FCI - Forrest City
REGINALD WEEKS, Executive Assistant, FCI - Forrest City
ROBBIE TAYLOR, Health Services Administrator, FCI - Forrest City
GARY BOWERS, Associate Warden, FCI - Forrest City
AMY CARLTON, Associate Warden, FCI - Forrest City
MATOS, Mr. Medical Director, FCI - Forrest City
ANGIE ROACH, Dentist, FCI - Forrest City
SHAW, Mrs., Health Services Administrator, FCI - Forrest City
CUNNINGHAM, Mrs. Nurse, FCI - Forrest City
PHILLIPS, Mrs., Nurse, FCI - Forrest City
REFENDER, P.A., FCI - Forrest City
HAMILTON, Mrs., Nurse, FCI - Forrest City
DOES, Jane or John, Employees - FCI - Forrest City
HARRELL WATTS, Administrator, National Inmate Appeals
G. MALDONADO, JR., Regional Director, B.O.P., South Central Regional
BARRON, Unit Manager, FCI - Forrest City

## ORDER

The above case is currently set for jury trial sometime during the week of April 12, 2010. Due to a conflict with the Court's schedule, this jury trial is canceled and will be reset by separate order.

Counsel for Defendants is directed to file a pleading identifying the first and last names of the defendants whose names are not complete.

IT IS SO ORDERED this 19th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE