IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY S. WISE, Reg. #03540-063                                             PLAINTIFF

Vs.                           CASE NO.   2:08cv00138 JMM

HARLEY G. LAPPIN, Director, Bureau of Prisons                                DEFENDANTS
T. C. OUTLAW, Warden, FCI - Forrest City
DARRYL MAUNE, Captain, FCI - Forrest City
REGINALD WEEKS, Executive Assistant, FCI - Forrest City
ROBBIE TAYLOR, Health Services Administrator, FCI - Forrest City
GARY BOWERS, Associate Warden, FCI - Forrest City
AMY CARLTON, Associate Warden, FCI - Forrest City
MATOS, Mr. Medical Director, FCI - Forrest City
ANGIE ROACH, Dentist, FCI - Forrest City
SHAW, Mrs., Health Services Administrator, FCI - Forrest City
CUNNINGHAM, Mrs. Nurse, FCI - Forrest City
PHILLIPS, Mrs., Nurse, FCI - Forrest City
REFENDER, P.A., FCI - Forrest City
HAMILTON, Mrs., Nurse, FCI - Forrest City
DOES, Jane or John, Employees - FCI - Forrest City
HARRELL WATTS, Administrator, National Inmate Appeals
G. MALDONADO, JR., Regional Director, B.O.P., South Central Regional
BARRON, Unit Manager, FCI - Forrest City

## ORDER

By Order entered March 19, 2010 (DE #71), Counsel for the defendants was directed to identify the first and last names of the defendants whose names are not complete.

This pleading should be filed no later than April 19, 2010.

IT IS SO ORDERED this 7th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE