**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

TIMOTHY S. WISE, REG. # 03540–063                                                                                 PLAINTIFF

V.                                         CASE NO. 2:08CV00138 JMM/HDY

HARLEY G. LAPPIN, Director, Bureau of Prisons
T. C. OUTLAW, Warden, FCI - Forrest City
DARYL MAUNE, Captain, FCI - Forrest City
REGINALD WEEKS, Executive Assistant, FCI - Forrest City
ROBBIE TAYLOR, Health Services Administrator, FCI - Forrest City
GARY BOWERS, Associate Warden, FCI - Forrest City
AMY CARLTON, Associate Warden, FCI - Forrest City
HIPOLITO MATOS, (originally sued as MATOS), Medical Director, FCI - Forrest City
ANGIE ROACH, Dentist, FCI - Forrest City
NIHARIKA SHAH, (originally sued as SHAW, Mrs.), Health Services Administrator, FCI - Forrest City
KARIN CUNNINGHAM, (originally sued as CUNNINGHAM, Mrs.) Nurse, FCI - Forrest City
SHERYL PHILLIPS, (originally sued as PHILLIPS, Mrs.), Nurse, FCI - Forrest City
RUFO REFENDER, (originally sued as REFENDER), P.A., FCI - Forrest City
IRIS HAMILTON, (originally sued as HAMILTON, Mrs.), Nurse, FCI - Forrest City
DOES, Jane or John, Employees - FCI - Forrest City
HARRELL WATTS, Administrator, National Inmate Appeals
G. MALDONADO, JR., Regional Director, B.O.P., South Central Region and
HOWARD BARRON, (originally sued as BARRON), Unit Manager, FCI - Forrest City                                                                            DEFENDANTS

**ORDER**

Defendants have filed a Response (DE #80) which reflects the correct names of Defendants Matos, Shah, Cunningham, Phillips, Refender, Hamilton, and Barron. The Clerk of the Court is therefore directed to make these corrections on the docket and the Court's files and records.

IT IS SO ORDERED this 21st day of April, 2010.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE