**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TIMOTHY S. WISE,
REG. # 03540–063                                                                                          PLAINTIFF

V.                                        2:08-cv00138-JMM-JJV

HARLEY G. LAPPIN, Director,
Bureau of Prisons; *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Motion of separate Defendant Angie Roach for dismissal of the *Bivens* claims against her (Doc. No. 77) is GRANTED, and she is terminated as a party-Defendant; and

2. The Motions of the remaining Defendants for dismissal of the claims against them (Doc. Nos. 73, 75, and 81) are DENIED.

DATED this 12th day of July, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE