**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TIMOTHY S. WISE
Reg. # 03540-063                                                                                              PLAINTIFF

v.                                            2:08-cv-00138-JMM-JJV

HARLEY G. LAPPIN, Director,
Bureau of Prisons; *et al.*,                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Defendants' Motion for Summary Judgment (Doc. No. 107) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of May, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE