**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TIMOTHY S. WISE
Reg. # 03540-063                                                                                             PLAINTIFF

v.                                          2:08-cv-00138-JMM-JJV

HARLEY G. LAPPIN, Director,
Bureau of Prisons; *et al.*,                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of May, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE