**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**TIMOTHY S. WISE**                                                                    **PLAINTIFF**

**V.**                      **2:08CV00138 JMM**

**HARLEY G. LAPPIN, et al**                                             **DEFENDANTS**

**ORDER**

Pending before the Court is the Application of Barrett & Deacon, PA, through Paul D. Waddell, Matthew Scott Jackson, and Shane Baker for a disbursement of funds from the Reimbursement of Out-of-Pocket Expenses Fund. Having considered the application pursuant to the guidelines and policies of the Fund, the Court orders that the Clerk of the Court distribute to Barrett & Deacon, PA, the amount of four hundred eighty eight dollars and eleven cents ($488.11) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 14th day of June, 2011.

James M. Moody
United States District Judge